JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE BANE, an individual<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID HO, an individual, and DOES 1-10,<br><br>　　　　　　　Defendant. | CASE NO. SACV11-01541 JVS (RNBx)<br><br>**JUDGMENT**<br><br>Date: January 9, 2012<br>Time: 1:30 p.m.<br>Courtroom: 10C<br>Judge: Hon. James V. Selna |

1  This matter came before the above-entitled Court pursuant to Plaintiff's
2  Motion for Default Judgment. The matter was heard on January 9, 2012, at which
3  time Defendant Ho was provided with the opportunity to file written opposition or
4  additional information. Thereafter, the matter was again heard on February 6,
5  2012.

6  The Court, having considered the evidence submitted by Plaintiff Terrance
7  Bane ("Plaintiff"), judgment is entered as against Defendant David Ho as follows:

8  **IT IS SO ORDERED, ADJUDGED AND DECREED** that:

9  1. David Ho violated 18 U.S.C. § 1962 and conspired to violate 18 U.S.C.
10    §1962.
11  2. Judgment is entered in favor of Plaintiff, and against David Ho, in the sum of
12    $756,000, consisting of actual damages of $252,000, trebled pursuant to 18
13    U.S.C. § 1964(c).
14  3. Judgment to accrue interest at the statutory rate pursuant to 28 U.S.C. §1961,
15    as of the date of entry of this Judgment, set forth below.
16  4. The Clerk is directed to enter this Judgment as the final judgment of the
17    Court.

19  Dated: February 08, 2012

_____
Honorable James V. Selna
United States District Court Judge